*IN RE OPAL HOWARD.

**Loitering Held· not a Punishable Offense.**

> Municipal corporations have no authority delegated by Gen. Code 3616, 3664 to provide by ordinance for the arrest and punishment of those found loitering or wandering about the streets.

ERROR to the court of insolvency.

*Bernard C. Fox*, for plaintiff in error.

*A. Lee Beatty*, *W. W. Hester* and *William Thorndyke*, for defendant in error.

SMITH, P. J.

Under Gen. Code 3664 following Gen. Code 3616 thereof, in which "All municipal corporations shall have the general powers mentioned in this chapter (Chap. 1, enumeration of powers), and council may provide by ordinance or resolution for the exercise and enforcement of them," we find no power delegated to the city of Cincinnati to provide for the arrest and punishment of one "unlawfully found loitering about and wandering about the streets of the city of Cincinnati in the

*Affirming Dunlap, In re, 57 Bull. 484.

Howard, In re.

day time and the night time without any lawful means of sup-
port and without being able to give satisfactory account of him-
self.''  '

Under the above cited chapter and section the power to
pass the ordinance in question in this case has not been delegated
to the municipal corporation.

The conclusion of the court below was therefore correct, and
the judgment is affirmed.

**Swing** and **Jones, JJ.,** concur.